UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA

V.

John Di Blasi
a/k/a "Dr. Johnny"

Defendant

1:21CR00148-001

## ORDER OF RELEASE AND MODIFICATION

At the court appearance on April 22, 2022, Your Honor released the defendant on previously ordered conditions pending the outcome of the violation matter. Furthermore, the below addition to the defendant's conditions of supervised release was ordered:

*The defendant shall comply with the conditions of the Location Monitoring Program (home incarceration component) pending the outcome of the violation matter. This will be monitored by a Global Positioning Satellite System and the defendant shall wear and/or carry (an) electronic monitoring device(s) and shall follow the monitoring procedures as outlined in Probation Form 61. The defendant is required to contribute to the cost of services rendered (co-payment).*

Dated: Buffalo, New York
April 22, 2022

Respectfully submitted by,

John Taberski

John P. Taberski
Supervising U.S. Probation Officer

SO ORDERED:

HONORABLE JOHN L. SINATRA, JR.
U.S. DISTRICT JUDGE

Date April 25, 2022