UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

    v.

JOHN DIBLASI,

        Defendant.
_____
_____

**21-CR-148-JLS**

**SENTENCING MEMORANDUM**

Mr. DiBlasi is scheduled to be sentenced by this Court on June 8, 2022. I have attached the following letters for the Court's consideration at the time of sentencing.

Exhibit A – Letter written by the defendant, John DiBlasi
Exhibit B – Letter written by Jeffrey Forster, Ordained Deacon
Exhibit C – Letters written by Friends and Family of John DiBlasi

DATED:  June 8, 2022
          Buffalo, New York

Respectfully submitted,

**/s/ Jeffrey T. Bagley**
Jeffrey T. Bagley
Assistant Federal Public Defender
Federal Public Defender's Office
300 Pearl Street, Suite 200
Buffalo, New York 14202
(716) 551-3341; 551-3346 (fax)
Jeffrey_Bagley@fd.org
*Attorney for Defendant John DiBlasi*

TO:    Meghan Leydecker
        Assistant United States Attorney