AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| United States of America | ) |
|---|---|
| v. | ) |
| John Di Blasi | ) Case No. 21-cr-148 |
| Defendant | ) |

**ARREST WARRANT**

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   John Di Blasi,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Violation of supervision

Date:   04/15/2022

*Issuing officer's signature*

City and state:   Buffalo, NY

Mary C. Loewenguth, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 04/15/2022, and the person was arrested on *(date)* 04/18/2022
at *(city and state)* Buffalo, NY.

Date: 04/18/2022

*Arresting officer's signature*

Chul Lim, CDUSM
*Printed name and title*

FILED JUL 12 2022 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY

REC'D 2022 APR 15 PM 2:54